**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>CONTINENTAL AG<br><br>and<br><br>VEYANCE TECHNOLOGIES, INC.<br><br>Defendants. | CASE NO.: 1:14-cv-02087<br><br>JUDGE: Reggie B. Walton |

**ORDER**

In light of the plaintiff's representations in the Unopposed Response of the United States to [the Court's] Order To Show Cause, ECF No. 15, the Court will maintain jurisdiction over this matter in the event any disputes arise under the Final Judgment entered by this Court on March 30, 2015. However, given the long duration of the parties' obligations under the Final Judgment, the Court deems it appropriate to close this case for administrative purposes only. Accordingly, it is hereby

ORDERED that the parties shall file a joint status report on September 21, 2016, to advise the Court whether it is appropriate at that time to dismiss this action with prejudice or continue to maintain the case on the Court's docket. It is further

ORDERED that the clerk shall administratively close this case.

SO ORDERED this 21st day of September, 2015.

REGGIE B. WALTON
United States District Judge
